## ROBINSON *v.* AIKEN.

The official services of a mayor of a city, under an annual salary, are "labor performed," within the meaning of chapter 208, section 9, of the Revised Statutes ; and a city cannot be charged as a trustee, on account of such services, rendered after the service of the trustee process, or within fifteen days prior to such service.

THE facts of this case sufficiently appear from the opinion of the court, delivered by

DOE, J.* The defendant Smith was the mayor of Manchester, at a salary of $1,000 a year, payable quarterly. The statute provides that no person summoned as trustee

* BELLOWS, J., did not sit.

shall be charged as such, on account of any labor per-
formed by the debtor, after the service of the process, or
within fifteen days prior to such service. Rev. Stat., ch.
208, sec. 9. And the question is, whether the trustee is
chargeable for such portion of Smith's salary as accrued
after the service of the process, and within fifteen days
prior to such service? We are of opinion that the official
services of Smith as mayor may well be considered as
labor performed, within the meaning of the statute.

*Trustee discharged.*

*Kittredge* and *Bellows,* for the plaintiff.

*J. B. Clark,* for the trustee.